**Order entered February 13, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00583-CV

**J. WAYNE JOHNSON, GOD'S TABERNACLE OF DELIVERANCE, ET AL., Appellants**

**V.**

**HERRING BANK, ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15858**

## ORDER

Before the Court is appellants' February 11, 2015, motion to extend deadline for filing a reply to appellees' brief. We **GRANT** appellants' motion and **ORDER** the reply brief be filed no later than February 23, 2015.

/s/     CRAIG STODDART
JUSTICE